IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,
a Delaware Corporation,

    Plaintiff,

v.

JOHNS CREEK SOFTWARE, INC.,
a Georgia Corporation, STEPHEN
CHEATHAM, an individual, and
DOES 1–10,

    Defendants.

No. C 11-03146 WHA

**ORDER DENYING
REQUEST FOR
EXPEDITED DISCOVERY**

    Defendants filed a motion to dismiss this action for lack of personal jurisdiction on August 10, 2011 (Dkt No. 18).  On August 19, plaintiff filed a letter requesting expedited discovery on the issue of jurisdiction.  Plaintiff proposes postponing the briefing and hearing on the motion to dismiss until after jurisdictional discovery is completed (Dkt. No. 22).  Plaintiff's request is **DENIED** without prejudice to raising the supposed need for jurisdictional discovery as a defense to the motion in a proper opposition brief.  The motion shall be briefed and heard on the schedule provided by the local rules, and then a decision will be made as to whether the motion should be granted, denied, or held in abeyance pending any discovery found to be necessary.

    **IT IS SO ORDERED.**

Dated: August 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE