IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION, a Delaware corporation,

    Plaintiff,

  v.

JOHNS CREEK SOFTWARE, INC., a Georgia corporation, STEPHEN CHEATHAM, an individual, and DOES 1–10,

    Defendants.
_____/

No. C 11-03146 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court **CONTINUES** the case management conference for one week, to **OCTOBER 27, 2011, AT 11:00 A.M.** All initial disclosure deadlines are **EXTENDED** accordingly. Please file a joint case management statement by October 20, 2011.

**IT IS SO ORDERED.**

Dated: September 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE