IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION, a Delaware corporation,

    Plaintiff,

  v.

JOHNS CREEK SOFTWARE, INC., a Georgia corporation, STEPHEN CHEATHAM, an individual, and DOES 1–10,

    Defendants.
    /

No. C 11-03146 WHA

**AMENDED ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court **CONTINUES** the case management conference to **NOVEMBER 3, 2011, AT 3:00 P.M.** All initial disclosure deadlines are **EXTENDED** accordingly. Please file a joint case management statement by October 27, 2011.

*Please note there will be no further continuances*.

**IT IS SO ORDERED.**

Dated: September 23, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE