| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |   Perry J. Viscounty (Bar No. 132143) |
| 2 | perry.viscounty@lw.com |
|   | 650 Town Center Drive, 20th Floor |
| 3 | Costa Mesa, California  92626-1925 |
|   | Telephone:  (714) 540-1235 |
| 4 | Facsimile:   (714) 755-8290 |
| 5 | LATHAM & WATKINS LLP |
|   |   Jennifer L. Barry (Bar No. 228066) |
| 6 | jennifer.barry@lw.com |
|   | 600 West Broadway, Suite 1800 |
| 7 | San Diego, California  92101-3375 |
|   | Telephone:  (619) 236-1234 |
| 8 | Facsimile:   (619) 696-7419 |
| 9 | Attorneys for Plaintiff |
|   | SYMANTEC CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION, a Delaware Corporation, | CASE NO. 11-cv-03146-WHA |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DATE TO RESPOND TO COUNTER-COMPLAINT** |
| v. | |
| JOHNS CREEK SOFTWARE, INC., a Georgia Corporation, STEPHEN CHEATHAM, an individual, and DOES 1-10, | |
| Defendants. | |

Plaintiff Symantec Corporation ("Plaintiff") and defendants Johns Creek Software, Inc. and Stephen Cheatham ("Defendants") stipulate as follows:

1. Plaintiff filed its Complaint on June 24, 2011.

2. After the Court denied their Motion to Dismiss for Lack of Personal Jurisdiction on September 12, 2011, Defendants filed an Answer and Counter-Complaint on September 22, 2011.

3. Symantec's response to the Counter-Complaint is currently due on October 17,

LATHAM&WATKINS LLP  SD\806574.1
ATTORNEYS AT LAW
SAN DIEGO

Case No. 11-cv-03146-WHA
Stipulation and ~~Proposed~~ Order
Extending Date to Respond to Counter-Complaint

2011.

4.  Based on meet-and-confer discussions between the parties, Defendants intend to amend their Counter-Complaint on or before October 24, 2011.

5.  The parties accordingly stipulate and request that Plaintiff's time to respond to the Counter-Complaint be extended to 24 days after the filing and service of Defendants' Amended Counter-Complaint.

IT IS SO STIPULATED.

Dated: October 12, 2011          LATHAM & WATKINS LLP

By: _____/s/ Jennifer L. Barry_____
    Jennifer L. Barry

Attorneys for Plaintiff
SYMANTEC CORPORATION

Dated: October 12, 2011          RODENBAUGH LAW

By: _____/s/ Michael L. Rodenbaugh_____
    Michael L. Rodenbaugh

Attorneys for Defendants
JOHNS CREEK SOFTWARE, INC.
AND STEPHEN CHEATHAM

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: October 12, 2011.

_____
JUDGE WILLIAM ALSUP
U.S. District Court Judge

ATTESTATION: I certify that I obtained concurrence in the filing of this document from all parties whose electronic signatures appear above.
Dated: October 12, 2011     /s/ Jennifer L. Barry

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\806574.1

Case No. 11-cv-03146-WHA
Stipulation and ~~Proposed~~ Order
Extending Date to Respond to Counter-Complaint