IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,
a Delaware Corporation,

    Plaintiff,

v.

JOHNS CREEK SOFTWARE, INC.,
a Georgia Corporation, STEPHEN
CHEATHAM, an individual,
and DOES 1–10,

    Defendants.

No. C 11-03146 WHA

**ORDER GRANTING
LEAVE TO FILE
MOTION TO DISMISS**

Defendants Johns Creek Software, Inc. and Stephen Cheatham request leave to file a motion to dismiss (Dkt. No. 57). Plaintiff Symantec Corp. did not file an opposition by today's noon deadline. Defendants' request for leave to file is **GRANTED**.

The motion must be filed by **DECEMBER 1, 2011**. It will briefed and heard on the normal 35-day track.

**IT IS SO ORDERED.**

Dated: November 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE