United States District Court
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6
7              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   SYMANTEC CORPORATION,                    No. C 11-03146 WHA
    a Delaware Corporation,
10
11              Plaintiff,
                                             **ORDER GRANTING**
12    v.                                     **LEAVE TO FILE**
                                             **MOTION TO DISMISS**
13   JOHNS CREEK SOFTWARE, INC.,
     a Georgia Corporation, STEPHEN
14   CHEATHAM, an individual,
     and DOES 1–10,
15
              Defendants.
16  _____/
17
          Defendants Johns Creek Software, Inc. and Stephen Cheatham request leave to file a

18  motion to dismiss (Dkt. No. 57).  Plaintiff Symantec Corp. did not file an opposition by today's

19  noon deadline.  Defendants' request for leave to file is **GRANTED**.

20        The motion must be filed by **DECEMBER 1, 2011**.  It will briefed and heard on the

21  normal 35-day track.

22

23        **IT IS SO ORDERED.**

24

25  Dated:  November 18, 2011.
                                          _____
26                                        WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE
27

28