IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

    Plaintiff,

  v.

JOHNS CREEK SOFTWARE, INC., STEPHEN CHEATHAM, an individual, and DOES 1–10,

    Defendants.

No. C 11-03146 WHA

**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

The Court acknowledges receipt of plaintiff's letter of February 2, 2012, and **SETS** a further meet-and-confer on **WEDNESDAY, FEBRUARY 8, 2012, STARTING FROM 10:00 A.M. AND CONTINUING THROUGH TO 1:30 P.M.** in the Court's jury room on the nineteenth floor of the federal courthouse. At **1:30 P.M.** that same day, the Court shall hold a hearing to resolve any remaining discovery issue(s). The parties shall please buzz chambers to be let into the jury room for the meet-and-confer. Defendant's response to plaintiff's letter is due by noon on Monday, February 6. Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: February 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE