IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHNS CREEK SOFTWARE, INC., STEPHEN CHEATHAM, an individual, and DOES 1–10,<br><br>  Defendants.<br>  _____/ | No. C 11-03146 WHA<br><br>**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE** |

The Court acknowledges receipt of plaintiff's letter of February 2, 2012, and **SETS** a further meet-and-confer on **WEDNESDAY, FEBRUARY 8, 2012, STARTING FROM 10:00 A.M. AND CONTINUING THROUGH TO 1:30 P.M.** in the Court's jury room on the nineteenth floor of the federal courthouse.  At **1:30 P.M.** that same day, the Court shall hold a hearing to resolve any remaining discovery issue(s).  The parties shall please buzz chambers to be let into the jury room for the meet-and-confer.  Defendant's response to plaintiff's letter is due by noon on Monday, February 6.  Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: February 2, 2012.

                                                                 WILLIAM ALSUP
                                                                 UNITED STATES DISTRICT JUDGE