IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, | No. C 11-03146 WHA |
| Plaintiff, | |
| v. | **NOTIFICATION OF POTENTIAL RESCHEDULING** |
| JOHNS CREEK SOFTWARE, INC., et al, | |
| Defendants. | |

There is a reasonable possibility that the Court will be dark on Wednesday, February 8, and the meet-and-confer and hearing will have be rescheduled. The Court will not know for sure until Tuesday, February 7. If this puts out-of-state counsel in a quandary, please promptly notify the Court.

**IT IS SO ORDERED.**

Dated: February 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE