IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

    Plaintiff,

  v.

JOHNS CREEK SOFTWARE, INC.,
STEPHEN CHEATHAM, an
individual, and DOES 1–10,

    Defendants.

No. C 11-03146 WHA

**ORDER RESCHEDULING DISCOVERY DISPUTE HEARING**

    For good cause shown, defendants' request to continue the discovery dispute hearing is **GRANTED**. Defendants' response to plaintiff's letter is due by noon on Friday, February 10. The meet-and-confer is rescheduled to **WEDNESDAY, FEBRUARY 15, STARTING FROM 8:00 A.M. AND CONTINUING THROUGH 11:00 A.M.** in the Court's jury room on the nineteenth floor of the federal courthouse. At **11:00 A.M.** that same day, the Court shall hold a hearing to resolve any remaining discovery issue(s). Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing.

    **IT IS SO ORDERED.**

Dated: February 6, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE