IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION, a Delaware corporation,

    Plaintiff,

  v.

JOHNS CREEK SOFTWARE, INC., a Georgia corporation, STEPHEN CHEATHAM, an individual, and DOES 1–10,

    Defendants.

                           /

No. C 11-03146 WHA

**ORDER CONTINUING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

      The Court **CONTINUES** the hearing on plaintiff's discovery dispute for the last time to **THURSDAY, FEBRUARY 16, 2012**, beginning at 9:30 a.m. and continuing through to 1:00 p.m. for a meet-and-confer in the Court's jury room (with a lunch break between 12:00 to 12:30 p.m.). At 1:00 p.m., the Court shall hear any remaining unresolved issue(s).

      Please buzz chambers to be let into the jury room at 9:30 a.m. Again, only those lawyers who participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

      **IT IS SO ORDERED.**

Dated: February 8, 2012.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE