IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHNS CREEK SOFTWARE, INC., a Georgia corporation, STEPHEN CHEATHAM, an individual, and DOES 1–10,<br><br>    Defendants.<br>_____/ | No. C 11-03146 WHA<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE** |

    The Court **CONTINUES** the hearing on plaintiff's discovery dispute for the last time to **THURSDAY, FEBRUARY 16, 2012**, beginning at 9:30 a.m. and continuing through to 1:00 p.m. for a meet-and-confer in the Court's jury room (with a lunch break between 12:00 to 12:30 p.m.). At 1:00 p.m., the Court shall hear any remaining unresolved issue(s).

    Please buzz chambers to be let into the jury room at 9:30 a.m. Again, only those lawyers who participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: February 8, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE