UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHNS CREEK SOFTWARE, INC., a Georgia Corporation, STEPHEN CHEATHAM, an individual, and DOES 1-10,<br><br>Defendants. | CASE NO. CV-11-03146-WHA<br><br>~~[PROPOSED]~~ ORDER REGARDING DISCOVERY HEARING |

Based on a discovery letter brief submitted by plaintiff Symantec Corporation ("Symantec"), the Court held a hearing on February 16, 2012, and ORDERS as follows:

1. Defendants Johns Creek Software, Inc. and Stephen Cheatham ("Defendants") will produce records and information of their sales of Symantec products as requested by Symantec in its Interrogatory No. 2 and Request for Production No. 1 by noon on Friday, February 24, 2012. These documents and information will be designated "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS EYES ONLY."

2. Defendants will produce a list of all domain names registered or controlled by Defendants that contain a Symantec trademark and all information regarding any efforts to

1  transfer or sell same, as requested in Symantec's Interrogatory Nos. 1 and 5, and all associated

2  documents, as requested in Symantec's Request for Production Nos. 3-13 and 15, by noon on

3  Friday, February 24, 2012. These documents and information will be designated "HIGHLY

4  CONFIDENTIAL – OUTSIDE ATTORNEYS EYES ONLY."

5      3.    Defendants will produce copies of all versions of Defendants' websites in

6  Defendants' custody possession or control as requested in Symantec's Request for Production

7  No. 14, by noon on Friday, February 24, 2012.

8      **IT IS SO ORDERED**.

9  Dated: February 23, 2012.

10                                          Honorable William H. Alsup
                                            United States District Judge
11

12  Submitted by:

13    /s/ Jennifer L. Barry
    Jennifer L. Barry
14  LATHAM & WATKINS LLP
    Attorneys for Plaintiff
15  SYMANTEC CORPORATION

16

17  Approved as to form by:

18    /s/ Michael L. Rodenbaugh
    Michael L. Rodenbaugh
19  RODENBAUGH LAW
    Attorneys for Defendants
20  JOHNS CREEK SOFTWARE, INC.
    AND STEPHEN CHEATHAM
21

22

23

24

25

26

27  ATTESTATION: I certify that I obtained concurrence in the filing of this document from all parties whose
    electronic signatures appear above.  /s/ Jennifer L. Barry
28