UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION, a Delaware Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOHNS CREEK SOFTWARE, INC., a Georgia Corporation, STEPHEN CHEATHAM, an individual, and DOES 1-10,<br><br>　　　　　　　Defendants. | CASE NO. CV-11-03146-WHA<br><br>[PROPOSED] ORDER REGARDING DISCOVERY HEARING |

Based on a discovery letter brief submitted by plaintiff Symantec Corporation ("Symantec"), the Court held a hearing on February 16, 2012, and ORDERS as follows:

　　　1.　　Defendants Johns Creek Software, Inc. and Stephen Cheatham ("Defendants") will produce records and information of their sales of Symantec products as requested by Symantec in its Interrogatory No. 2 and Request for Production No. 1 by noon on Friday, February 24, 2012. These documents and information will be designated "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS EYES ONLY."

　　　2.　　Defendants will produce a list of all domain names registered or controlled by Defendants that contain a Symantec trademark and all information regarding any efforts to

1  transfer or sell same, as requested in Symantec's Interrogatory Nos. 1 and 5, and all associated
2  documents, as requested in Symantec's Request for Production Nos. 3-13 and 15, by noon on
3  Friday, February 24, 2012. These documents and information will be designated "HIGHLY
4  CONFIDENTIAL – OUTSIDE ATTORNEYS EYES ONLY."
5     3.   Defendants will produce copies of all versions of Defendants' websites in
6  Defendants' custody possession or control as requested in Symantec's Request for Production
7  No. 14, by noon on Friday, February 24, 2012.
8     **IT IS SO ORDERED**.
9  Dated: February 23, 2012.

   _____
   Honorable William H. Alsup
10 United States District Judge

11

12 Submitted by:

13    /s/ Jennifer L. Barry
   Jennifer L. Barry
14 LATHAM & WATKINS LLP
   Attorneys for Plaintiff
15 SYMANTEC CORPORATION

16

17 Approved as to form by:

18    /s/ Michael L. Rodenbaugh
   Michael L. Rodenbaugh
19 RODENBAUGH LAW
   Attorneys for Defendants
20 JOHNS CREEK SOFTWARE, INC.
   AND STEPHEN CHEATHAM
21

22

23

24

25

26

27 ATTESTATION: I certify that I obtained concurrence in the filing of this document from all parties whose
   electronic signatures appear above.  /s/ Jennifer L. Barry
28

LA\2467866.1

2

CASE NO. CV-11-03146-WHA
[Proposed] Order Re Discovery Hearing