IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION, a Delaware corporation,

    Plaintiff,

  v.

JOHNS CREEK SOFTWARE, INC., a Georgia corporation, STEPHEN CHATHAM, an individual, and DOS 1–10,

    Defendants.
    /

No. C 11-03146 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

The Court is in receipt of plaintiff's letter of March 28, 2012, concerning a discovery dispute with defendants and **SETS** a meet-and-confer for **WEDNESDAY, APRIL 4, 2012, STARTING FROM 10:00 A.M. AND CONTINUING THROUGH 2:00 P.M.** (with one-half hour for lunch at 12:30 p.m.) in the Court's jury room on the nineteenth floor of the federal courthouse. At 2:00 p.m. that same day, the Court shall hear any outstanding issue(s) in Courtroom No. 9. Please buzz chambers to be let into the jury room at 10:00 a.m. Defendants' response is due by noon on Monday, April 2.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: March 29, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE