UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHNS CREEK SOFTWARE, INC., a Georgia Corporation, STEPHEN CHEATHAM, an individual, and DOES 1-10,<br><br>Defendants. | CASE NO. CV-11-03146-WHA<br><br>[PROPOSED] ORDER REGARDING DISCOVERY HEARING |

Based on a discovery letter brief submitted by plaintiff Symantec Corporation ("Symantec"), the Court held a hearing on April 4, 2012, and ORDERS as follows:

1.   The Court previously ordered Defendants Johns Creek Software, Inc. and Stephen Cheatham (collectively, "Defendants") to produce "a list of all domain names registered or controlled by Defendants that contain a Symantec trademark and all information regarding any efforts to transfer or sell same, as requested in Symantec's Interrogatory Nos. 1 and 5, and all associated documents, as requested in Symantec's Request for Production Nos. 3-13 and 15, by noon on Friday, February 24, 2012." *See* Feb. 23, 2012 Order (Dkt. No. 77) (the "Feb. 2012 Order"). Defendants are HEREBY ORDERED to conduct additional inquiry into, and searches for, the above-referenced categories of information and documents ordered to be produced in the

1 | Feb. 2012 Order, and to produce, by noon PST on Wednesday, April 11, 2012, (a) an updated list
2 | of all domain names encompassed by the Feb. 2012 Order, and (b) all documents and
3 | information responsive to Symantec's Interrogatory Nos. 1 and 5 and Request for Production
4 | Nos. 3-13 and 15.
5 |     2.    Defendants are HEREBY ORDERED to produce, on or before April 18, 2012, a
6 | single Excel spreadsheet containing all information regarding Defendants' sales of Symantec
7 | products requested in Symantec's Interrogatory No. 2.  The spreadsheet's columns shall
8 | correspond to each item of information requested in Symantec's Interrogatory No. 2.
9 |     3.    Symantec is hereby granted permission from the Court to contact any of
10 | Defendants' customers in any manner Symantec chooses, including by informal means or
11 | through service of discovery subpoenas.  While Symantec shall not make any disparaging
12 | comments about Defendants during any discussions with Defendants' customers, Symantec is
13 | permitted to discuss the existence of the present lawsuit, as well as the non-confidential facts and
14 | allegations at issue in this lawsuit.

**IT IS SO ORDERED**.

Dated: April 9, 2012.

_____
Honorable William H. Alsup
United States District Judge

Submitted by:

   /s/ Jennifer L. Barry
Jennifer L. Barry
LATHAM & WATKINS LLP

Attorneys for Plaintiff
SYMANTEC CORPORATION