Michael L. Rodenbaugh
California Bar No. 179059
Erin Dennis Vivion
California Bar No. 262599
**RODENBAUGH LAW**
548 Market Street
San Francisco, CA  94104
(415) 738-8087 phone/fax
info@rodenbaugh.com

Howard Neu, Esq.
Florida Bar No. 108689
(*pro hac vice* pending)
**LAW OFFICE OF HOWARD NEU, P.A.**
4839 S.W. Volunteer Road, Suite 512
Southwest Ranches, FL 33330
(954) 662-1816 phone
howard@neulaw.com

Attorneys for Defendants,
JOHNS CREEK SOFTWARE, INC.,
and STEPHEN CHEATHAM

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, a Delaware Corporation,<br>　　　Plaintiff,<br>v.<br><br>JOHNS CREEK SOFTWARE, INC., a Georgia Corporation, STEPHEN CHEATHAM, an individual, and DOES 1-10,<br>　　　Defendants.<br>-------------------------------------------------<br>JOHNS CREEK SOFTWARE, INC., a Georgia Corporation,<br>　　　Counterclaimant,<br>v.<br><br>SYMANTEC CORPORATION, a Delaware Corporation, and Does 1 through 10,<br>　　　Counter-Defendants. | Case No. CV 11-03146-WHA<br>[Assigned for All Purposes to:<br>Hon. William Alsup, Courtroom 8]<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS JOHNS CREEK SOFTWARE, INC. AND STEPHEN CHEATHAM; [PROPOSED] ORDER**<br><br>Honorable William H. Alsup |

PLEASE TAKE NOTICE that Defendants JOHNS CREEK SOFTWARE, INC. and STEPHEN CHEATHAM have retained Fox Rothschild LLC to substitute as counsel for Rodenbaugh Law in the above-captioned consolidated matters.

Withdrawing counsel for Defendants JOHNS CREEK SOFTWARE, INC. and STEPHEN CHEATHAM are:

Michael L. Rodenbaugh
***RODENBAUGH LAW***
548 Market Street
San Francisco, CA 94104
(415) 738-8087 phone/fax
info@rodenbaugh.com

Erin Dennis Vivion
***RODENBAUGH LAW***
548 Market Street
San Francisco, CA 94104
(415) 738-8087 phone/fax
info@rodenbaugh.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendants JOHNS CREEK SOFTWARE, INC. and STEPHEN CHEATHAM:

James E. Doroshow
Fox Rothschild LLC
1800 Century Park East
Suite 300
Los Angeles, CA 90067
310.228.6990
JDoroshow@foxrothschild.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

1
2  DATED: April 23, 2012
3                                           JOHNS CREEK SOFTWARE, INC. and
                                            STEPHEN CHEATHAM
4
                                            By:     /s/ *Stephen Cheatham*
5                                                  STEPHEN CHEATHAM
6
   DATED: April 23, 2012
7                                           RODENBAUGH LAW
8                                           By:    /s/ *Mike Rodenbaugh*
                                                   MIKE RODENBAUGH
9
   DATED: April 23, 2012
10
11                                          FOX ROTHSCHILD LLC
12                                          By:    /s/ *James Doroshow*
                                                   JAMES DOROSHOW
13
14
15      I hereby attest that I obtained concurrence in the filing of this document from each of the
16  other signatories on this e-filed document.
17  DATED: April 23, 2012
                                            RODENBAUGH LAW
18
19                                          By:    /s/ *Mike Rodenbaugh*
                                                   MIKE RODENBAUGH
20
21
22      The above withdrawal and substitution of counsel is approved and so ORDERED.
23  DATED:  May 1, 2012.
24
25                                          _____
                                            William Alsup
26                                          United States District Judge
27
28

NOTICE OF WITHDRAWAL AND SUB OF COUNSEL          3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 23, 2012, I caused the foregoing Notice of Withdrawal and Substitution of Counsel to be filed via the CM/ECF system and served on opposing counsel via electronic notification.

*/s/ Mike Rodenbaugh*
Mike Rodenbaugh