Michael L. Rodenbaugh
California Bar No. 179059
Erin Dennis Vivion
California Bar No. 262599
***RODENBAUGH LAW***
548 Market Street
San Francisco, CA  94104
(415) 738-8087 phone/fax
info@rodenbaugh.com

Howard Neu, Esq.
Florida Bar No. 108689
(*pro hac vice* pending)
***LAW OFFICE OF HOWARD NEU, P.A.***
4839 S.W. Volunteer Road, Suite 512
Southwest Ranches, FL 33330
(954) 662-1816 phone
howard@neulaw.com

Attorneys for Defendants,
JOHNS CREEK SOFTWARE, INC.,
and STEPHEN CHEATHAM

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, a Delaware Corporation, <br>        Plaintiff, <br> v. <br><br> JOHNS CREEK SOFTWARE, INC., a Georgia Corporation, STEPHEN CHEATHAM, an individual, and DOES 1-10, <br>        Defendants. <br> ------------------------------------------------- <br> JOHNS CREEK SOFTWARE, INC., a Georgia Corporation, <br>        Counterclaimant, <br><br> v. <br><br> SYMANTEC CORPORATION, a Delaware Corporation, and Does 1 through 10, <br>        Counter-Defendants. | Case No. CV 11-03146-WHA <br> [Assigned for All Purposes to: <br> Hon. William Alsup, Courtroom 8] <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS JOHNS CREEK SOFTWARE, INC. AND STEPHEN CHEATHAM; [PROPOSED] ORDER** <br><br> Honorable William H. Alsup |

1    PLEASE TAKE NOTICE that Defendants JOHNS CREEK SOFTWARE, INC. and

2    STEPHEN CHEATHAM have retained Fox Rothschild LLC to substitute as counsel for

3    Rodenbaugh Law in the above-captioned consolidated matters.

4

5    Withdrawing counsel for Defendants JOHNS CREEK SOFTWARE, INC. and

6    STEPHEN CHEATHAM are:

7

8        Michael L. Rodenbaugh
9        **RODENBAUGH LAW**
         548 Market Street
10       San Francisco, CA  94104
         (415) 738-8087 phone/fax
11       info@rodenbaugh.com

12
         Erin Dennis Vivion
13       **RODENBAUGH LAW**
         548 Market Street
14       San Francisco, CA  94104
         (415) 738-8087 phone/fax
15       info@rodenbaugh.com

16

17    All pleadings, orders and notices should henceforth be served upon the following

18    substituted counsel for Defendants JOHNS CREEK SOFTWARE, INC. and STEPHEN

19    CHEATHAM:

20
         James E. Doroshow
21       Fox Rothschild LLC
         1800 Century Park East
22       Suite 300
         Los Angeles, CA 90067
23       310.228.6990
         JDoroshow@foxrothschild.com
24

25

26    The undersigned parties consent to the above withdrawal and substitution of counsel.

27

28

1

2     DATED: April 23, 2012

3                                      JOHNS CREEK SOFTWARE, INC. and
                                       STEPHEN CHEATHAM
4
                                       By: _____/s/ *Stephen Cheatham*_____
5                                           STEPHEN CHEATHAM

6     DATED: April 23, 2012

7                                      RODENBAUGH LAW

8                                      By: _____/s/ *Mike Rodenbaugh*_____
                                            MIKE RODENBAUGH
9
      DATED: April 23, 2012
10

11                                     FOX ROTHSCHILD LLC

12                                     By: _____/s/ *James Doroshow*_____
                                            JAMES DOROSHOW
13

14

15          I hereby attest that I obtained concurrence in the filing of this document from each of the

16    other signatories on this e-filed document.

17    DATED: April 23, 2012

18                                     RODENBAUGH LAW

19                                     By: _____/s/ *Mike Rodenbaugh*_____
                                            MIKE RODENBAUGH
20

21

22          The above withdrawal and substitution of counsel is approved and so ORDERED.

23    DATED:  May 1, 2012.

24                                     _____

25                                     William Alsup
                                       United States District Judge
26

27

28

1

**CERTIFICATE OF SERVICE**

2      The undersigned hereby certifies that on April 23, 2012, I caused the foregoing Notice of

3  Withdrawal and Substitution of Counsel to be filed via the CM/ECF system and served on

4  opposing counsel via electronic notification.

5                                          */s/ Mike Rodenbaugh*
                                             Mike Rodenbaugh
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28