IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

    Plaintiff,

  v.

JOHNS CREEK SOFTWARE, INC., et al.,

    Defendants.

No. C 11-03146 WHA

**ORDER DENYING MOTION TO SEAL**

    Plaintiff's motion to seal is **DENIED** due to defendants' failure to file a supporting declaration pursuant to Local Rule 79-5(d). Plaintiff shall file the documents in the public record.

**IT IS SO ORDERED.**

Dated: June 11, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE