IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHNS CREEK SOFTWARE, INC., et al.,<br><br>    Defendants.<br>                                   / | No. C 11-03146 WHA<br><br>**ORDER DENYING<br>MOTION TO SEAL** |

    Plaintiff's motion to seal is **DENIED** due to defendants' failure to file a supporting declaration pursuant to Local Rule 79-5(d). Plaintiff shall file the documents in the public record.

**IT IS SO ORDERED.**

Dated: June 11, 2012.

                                                      WILLIAM ALSUP<br>
                                                      UNITED STATES DISTRICT JUDGE