IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, | No. C 11-03146 WHA |
| Plaintiff, | |
| v. | **ORDER CONSOLIDATING HEARINGS** |
| JOHNS CREEK SOFTWARE, INC., and STEPHEN CHEATAM, | |
| Defendant. | |

In the interest of judicial efficiency, Attorney James Doroshow's motion to withdraw as attorney, Attorney Roger Teich's motion for substitution of counsel, and plaintiff's motion for spoliation sanctions will all be heard at **8:00 A.M. ON JULY 19, 2012**.

**IT IS SO ORDERED.**

Dated: June 14, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE