IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHNS CREEK SOFTWARE, INC., and<br>STEPHEN CHEATAM,<br><br>    Defendant.<br>                                          / | No. C 11-03146 WHA<br><br>**ORDER CONSOLIDATING<br>HEARINGS** |

     In the interest of judicial efficiency, Attorney James Doroshow's motion to withdraw as attorney, Attorney Roger Teich's motion for substitution of counsel, and plaintiff's motion for spoliation sanctions will all be heard at **8:00 A.M. ON JULY 19, 2012**.

     **IT IS SO ORDERED.**

Dated: June 14, 2012.

                                                              WILLIAM ALSUP<br>
                                                             UNITED STATES DISTRICT JUDGE