IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION, a Delaware corporation,

    Plaintiff,

  v.

JOHNS CREEK SOFTWARE, INC., a Georgia corporation, STEPHEN CHEATHAM, an individual, and DOES 1–10,

    Defendants.

                                     /

No. C 11-03146 WHA

**ORDER SETTING DISCOVERY HEARING**

The Court is in receipt of plaintiff's letter of June 22, 2012, concerning a discovery dispute with defendant Cheatham and hereby **SETS** a meet-and-confer in the Attorney Lounge on the eighteenth floor of the federal courthouse, starting from **10:00 A.M. AND CONTINUING THROUGH TO 2:00 P.M. (WITH A HALF-HOUR BREAK FOR LUNCH AT NOON) ON FRIDAY, JUNE 29, 2012**. At 2:00 p.m., the Court shall hear argument on any remaining issue(s). Counsel shall please buzz chambers at 10:00 a.m. to drop off their business cards. Defendant's response to the June 22 letter is due by noon on June 28.

Please note that only those lawyers who personally participate in the meet-and-confer in the Attorney Lounge may argue at the hearing.

**IT IS SO ORDERED.**

Dated: June 25, 2012.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE