UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHNS CREEK SOFTWARE, INC., a Georgia Corporation, STEPHEN CHEATHAM, an individual, and DOES 1-10,<br><br>Defendants. | CASE NO. CV-11-03146-WHA<br><br>[~~PROPOSED~~] ORDER REGARDING DISCOVERY HEARING |

Based on a discovery letter brief dated June 22, 2012, submitted by plaintiff Symantec Corporation ("Symantec") (Dkt #107), the Court held a hearing on June 29, 2012, and ORDERS as follows:

1. Defendant Stephen Cheatham is ordered to appear for the continuation of his deposition on Thursday, July 5, 2012 at 10:30 a.m. at Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, California 92101.

2. Defendants Johns Creek Software, Inc. and Stephen Cheatham, and their attorneys, are ordered to pay all of the fees and expenses incurred by Symantec related to the June 22, 2012 letter brief and June 29, 2012 hearing. Defendants shall provide a check made payable to "Symantec Corporation" in the amount of $9,463.74, to Jennifer Barry, Latham &

1  Watkins LLP, 600 West Broadway, Suite 1800, San Diego, California 92101, within ten (10)
2  days of the date of this Order.
3           3.      Symantec is excused from any obligation to produce witnesses for deposition, or
4  to provide dates that its witnesses are available for deposition, until Defendants Johns Creek
5  Software, Inc. and Stephen Cheatham, and their attorneys, have fully complied with the terms of
6  this Order.
7           **IT IS SO ORDERED**.
8
9  Dated: _____July 9, 2012._____            _____
10                                            Honorable William H. Alsup
                                              United States District Judge
11  Submitted by:
12   ___/s/ Jennifer L. Barry_____
    Perry J. Viscounty
13  Jennifer L. Barry
    LATHAM & WATKINS LLP
14
    Attorneys for Plaintiff
15  SYMANTEC CORPORATION
16
    Approved as to form by:
17
     ___/s/ Howard Neu_____
18  Curtis E. Smolar
    James E. Doroshow
19  FOX ROTHSCHILD LLP
20  Howard Neu
    LAW OFFICES OF HOWARD M. NEU, PA
21
22  Roger I. Teich
23  Attorneys for Defendants
    JOHNS CREEK SOFTWARE, INC.
24  AND STEPHEN CHEATHAM
25
26
27
28  ATTESTATION: I certify that I obtained concurrence in the filing of this document from all parties whose electronic signatures appear above.  /s/ Jennifer L. Barry

LA\2779546.1

2

CASE NO. CV-11-03146-WHA
[Proposed] Order Re Discovery Hearing