**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

    Plaintiff,

  v.

JOHNS CREEK SOFTWARE and
STEPHEN CHEATHAM,

    Defendants.
                                /

No. C 11-03146 WHA

**ORDER RE JULY 18 HEARING**

      All current and former counsel for defendants shall appear at the July 18 hearing. This includes Attorneys Roger Teich, Curtis Smolar, Erin Vivion, Howard Neu, James Doroshow, and Michael Rodenbaugh. Defendant Stephen Cheatham shall also appear. In addition to the clerk's notice, Attorney Teich shall serve this order on Attorneys Vivion and Rodenbaugh.

      **IT IS SO ORDERED.**

Dated: July 9, 2012.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE