IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHNS CREEK SOFTWARE, INC., and<br>STEPHEN CHEATHAM,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. C 11-03146 WHA<br><br><br>**ORDER RE JULY 18 HEARING** |

　　　　The Court will hear argument to allow in camera submissions at the July 18 hearing. Attorney Roger Teich shall please bring any document he wishes to submit in camera. Attorney Teich shall serve this order on Attorneys Rodenbaugh and Vivion, and is reminded to ensure their attendance at the hearing.

　　　　**IT IS SO ORDERED.**

Dated: July 16, 2012.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE