IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION, a Delaware corporation,

    Plaintiff,

  v.

JOHNS CREEK SOFTWARE, INC., a Georgia corporation, STEPHEN CHEATHAM, an individual, and DOES 1–10,

    Defendants.

        /

No. C 11-03146 WHA

**ORDER SETTING DISCOVERY HEARING**

The Court is in receipt of defendant JCS's letter of August 5, 2012, concerning a discovery dispute with plaintiff and hereby **SETS** a meet-and-confer in the Court's jury room, starting from **7:30 A.M. AND CONTINUING THROUGH TO 11:30 A.M. ON THURSDAY, AUGUST 9, 2012**. At 11:30 a.m., the Court shall hear argument on any remaining issue(s). Counsel shall please buzz chambers at 7:30 a.m. to be let into the Court's jury room. Plaintiff's response is due by noon on August 8.

Please note that only those lawyers who personally participate in the meet-and-confer in the Attorney Lounge may argue at the hearing.

**IT IS SO ORDERED.**

Dated: August 6, 2012.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE