IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION, a Delaware corporation,

    Plaintiff,

  v.

JOHNS CREEK SOFTWARE, INC., a Georgia corporation, STEPHEN CHEATHAM, an individual, and DOES 1–10,

    Defendants.
                                          /

No. C 11-03146 WHA

**AMENDED ORDER SETTING DISCOVERY HEARING**

    The Court is in receipt of defendant JCS's letter of August 5, 2012, concerning a discovery dispute with plaintiff and hereby **SETS** a meet-and-confer in the Court's jury room, starting from *12:30 P.M. AND CONTINUING THROUGH TO 4:00 P.M.* **ON THURSDAY, AUGUST 9, 2012**. At 4:00 p.m., the Court shall hear argument on any remaining issue(s). Counsel shall please buzz chambers at 12:30 p.m. to be let into the Court's jury room. Plaintiff's response is due by noon on August 8.

    Please note that only those lawyers who personally participate in the meet-and-confer in the Attorney Lounge may argue at the hearing.

**IT IS SO ORDERED.**

Dated: August 7, 2012.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE