UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION | No. C-11-03146 WHA (DMR) |
|     Plaintiff(s), | **ORDER VACATING SETTLEMENT CONFERENCE** |
|    v. | |
| JOHNS CREEK SOFTWARE, INC. ET AL | |
|     Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the settlement conference before Magistrate Judge Donna M. Ryu set for **September 7, 2012** has been taken off calendar. Subject to rescheduling, and at the request of either party, a settlement conference may be scheduled at a later time.

Dated: August 30, 2012

                            DONNA M. RYU
                            United States Magistrate Judge