IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, | No. C 11-03146 WHA |
| Plaintiff, | |
| v. | **ORDER FOR CLARIFICATION** |
| JOHNS CREEK SOFTWARE, INC., and STEPHEN CHEATAM, | |
| Defendants. | |

The Court has received the parties' proposed judgment. In a joint statement, please clarify the meaning of the stipulated monetary judgment: "The parties stipulated to the entry of a judgment in the amount of Five Hundred Thousand Dollars (US$500,000.00) against Defendants, for the purpose of preventing any breach by Defendants of the terms of the Permanent Injunction." Is the money due upon entry of judgment or only if defendants violate the injunction? Please submit a new proposed judgment with clarification by **NOON ON SEPTEMBER 26**.

**IT IS SO ORDERED.**

Dated: September 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE